AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Pablo Gutierrez-Soto

AKA:

IAE   YOB: 1982
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-18-2569-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 15, 2018** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Pablo Gutierrez-Soto was encountered by Border Patrol Agents near Rio Grande City, Texas on December 15, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 15, 2018, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 29, 2018, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 30, 2018, the defendant was convicted of Attempt Trafficking Meth by Possession and was convicted to sixteen (16) to twenty-nine (29) months confinement and thirty (30) months probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 15, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:*

Sworn to before me and subscribed in my presence,

December 16, 2018  2:59 p.m.

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Kellen Meador
Signature of Complainant

Kellen Meador   Senior Patrol Agent

Signature of Judicial Officer